

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 30, 2022

Robert F. Lipo
Kendall County District Attorney's
Office
201 East San Antonio, Ste. 306
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

Carolyn M. Wentland
Attorney at Law
110 Broadway Street, Suite 360
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-22-00538-CR
        Trial Court Case Number:    19-602-CR
        Style:  Elias Anthony Taylor
               v.
        The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Nicole S. Bishop (DELIVERED VIA E-MAIL)
Darlene Herrin (DELIVERED VIA E-MAIL)
Shirley Sueltenfuss (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2022

No. 04-22-00538-CR

Elias Anthony **TAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-602-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record, stating that the appellant has failed to pay, or make arrangements to pay, the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court